**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Robert P. Lesko (RPL 1553)
33 Washington Street
Newark, New Jersey 07102-3017
(973) 624-0800 ph.
(973) 624-0799 fx.
Attorneys for plaintiff,
American General Life Insurance Company

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>DIANA SPIRA 2005 IRREVOCABLE LIFE INSURANCE TRUST, AARON AZRYLEWITZ, as Trustee, and SIMON SPIRA<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISRICT OF NEW YORK<br><br>Civil Action No:<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>08 CIV. 6843<br><br>**JUDGE KARAS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff, American General Life Insurance Company, makes the following disclosure as to parent corporation and/or any publicly held corporation that owns 10% or more of its outstanding stock:

1. American General Life Insurance Company is a wholly owned subsidiary of AGC Life Insurance Company, a privately-held corporation.

2. AGC Life Insurance Company is a wholly owned subsidiary of American General Corporation, a privately-held corporation.

753944.1

3. American General Corporation is a wholly owned subsidiary of American International Group, Inc., a publicly traded corporation.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for plaintiff, American General Life Insurance Company

By: *[signature: Robert Lesko]*
Robert P. Lesko

Dated: July 28, 2008