AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS, CORPORATE DISCLOSURE STATEMENT |
| EFFECTED (1) BY ME: | JOHN OBIE |
| TITLE: | PROCESS SERVER    DATE: 08/21/2008  06:21PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

SIMON SPIRA

Place where served:

23 LENORE AVE.  MONSEY NY 10952

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SIMON SPIRA

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 65+   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/27/2008        _____John Obie_____ L.S.        8/27/08

SIGNATURE OF JOHN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | ROBERT P. LESKO, ESQ. |
| PLAINTIFF: | AMERICAN GENERAL LIFE INSURANCE CO, |
| DEFENDANT: | DIANA SPIRA 2005 IRREVOCABLE LIFE INSURANCE |
| VENUE: | S.D. OF NY |
| DOCKET: | 08 CV 6843 |

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JM