|  |  |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY : : : | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISRICT OF NEW YORK |
| Plaintiff, : : | Civil Action No: 7:08-cv-06843 |
| vs. : : | |
| DIANA SPIRA 2005 IRREVOCABLE LIFE INSURANCE TRUST, AARON AZRYLEWITZ, as Trustee, and SIMON SPIRA : : : : : | **ORDER** |
| Defendants. : | |



THIS MATTER having been brought before the Court on behalf of plaintiff American General Life Insurance Company, by and through its attorneys, Wilson, Elser, Moskowitz Edelman & Dicker, LLP, and with notice to counsel for defendants, Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, seeking entry of an Order authorizing alternate service of subpoenas upon third-party witnesses Edward Vaysman and Malka Vaysman, and the Court having considered the submissions and arguments of counsel for all parties, and the Court having found good cause to exist for the entry hereof, it is hereby

ORDERED that American General Life Insurance Company is hereby authorized to serve subpoenas *duces tecum* and *ad tesificandum* upon non-parties Edward Vaysman and Malka Vaysman by way of Regular United States Mail and Certified Mail, Return Receipt Requested directed to the following addresses:

- 1137 East 5th Street
  Brooklyn, NY
- 979 50th Street
  Brooklyn, NY

936859.1

- 1238 41 St.
  Brooklyn, NY

- ~~c/o Officer Robert Long~~
  ~~U.S. Pretrial Services Agency, EDNY~~
  ~~U.S. District Courthouse~~
  ~~225 Cadman Plaza East~~
  ~~South Wing, Room 219~~
  ~~Brooklyn, New York 11201-1818~~

and it is further

ORDERD that service of the subpoenas in the forgoing manner shall constitute valid service of the subpoena in accordance with Fed. R. Civ. P. 45(b), and shall bind Edward and Malka Vaysman to produce documents and appear and render testimony under oath in accordance with the subpoenas and on the date(s) and time(s) and at the place(s) set forth therein; and it is further

ORDERED that failure by Edward Vaysman and/or Malka Vaysman to comply fully with the terms and provisions of the subpoenas and/or this Order shall constitute contempt of court.

_____
George A. Yanthis, U.S.M.J

Dated: