Ira S. Lipsius (IL 5704)
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Civil Action No. 08-Civ-6843 |
| Plaintiff. | **NOTICE OF DEATH** |
| -against- | |
| DIANA SPIRA 2005 IRREVOCABLE LIFE INSURANCE TRUST, AARON AZRYLEWITZ, as Trustee, and SIMON SPIRA, | |
| Defendants. | |

-------------------------------------------------------------X

In accordance with Rule 25, Defendants, Diana Spira 2005 Irrevocable Life Insurance Trust (the "Trust"), and Aaron Azrylewitz, as Trustee (the "Trustee"), note the death during the pendency of this action of Simon Spira, defendant in this action.

Dated: New York, New York
       August 9, 2010

                                        SCHINDEL, FARMAN, LIPSIUS,
                                        GARDNER & RABINOVICH LLP
                                        Attorneys for Defendants
                                        Diana Spira 2005 Irrevocable Life
                                        Insurance Trust and, Aaron Azrylewitz,
                                        as Trustee

                              By:      _____
                                        Ira S. Lipsius (IL 5704)