**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Robert P. Lesko
Karen D. Peck
200 Campus Drive
Florham Park, NJ 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Plaintiff,
American General Life Insurance Company

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | Civil Action No: 7:08-cv-06843 |
| vs. | |
| DIANA SPIRA 2005 IRREVOCABLE LIFE INSURANCE TRUST, AARON AZRYLEWITZ, as Trustee, and SIMON SPIRA | **ORDER** |
| Defendants. | |

**THIS MATTER** having been brought before the Court on behalf of plaintiff American General Life Insurance Company ("American General"), by and through its attorneys, Wilson, Elser, Moskowitz Edelman & Dicker, LLP, and with notice to counsel for defendants, Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, seeking entry of an Order permitting American General to take the deposition of federal inmate, third-party witness Edward Vaysman at Fort Dix Federal Correctional Institution, his place of incarceration, and the Court having considered the submissions and arguments of counsel for all parties, and the Court having found good cause to exist for the entry hereof, it is hereby

1163491.1

**ORDERED** that American General is hereby authorized to depose Edward Vaysman at Fort Dix Federal Correctional Institution.

George A. Yanthis, U.S.M.J

Dated: 4/18/11

1163491.1