# EXHIBIT B

```
I038 - MID LEVEL INSPECTION REPORT - AMPLIFIED      LabOne Order #53222585
Ordered:     11/18/2005                              Completed:  12/12/2005

                         198, American General Life Milwaukee - IR
                         UM0045350L              Insurance: $5,000,000 Life
Requester Name:  JENG                            Agent Name: DAVID GOTTDENGER
                                                 Routing Num:

              Name: SPIRA, DIANA
           Address: 23 LENORE AVE
                    MONSEY, NY  10952-
          Phone h: 845-352-0328          b:
              SSN:
              DOB:
          Marital: MARRIED
      License Num:
    Employer Name:
          Address:
       Occupation: HOMEMAKER
      Beneficiary: NAME NOT KNOWN(Trust)
```

| REPORT SUMMARY Description | Outcome | Emp/Rev |
|---|---|---|
| Credit Report Raw | Record found with violations | /974 |
| Amplified Life | Complete with contact | 753/974 |
| Income & Net Worth Quest | Complete with contact | 753/974 |
| Foreign Travel Questionnaire | Complete with contact | 753/974 |
| Credit Report Summary | Complete with contact | /974 |

REPORT COMMENTS
HomePhone: has changed from 845-356-0328 to 845-352-0328
MaritalStatus: has changed from   to Married
Sex: has changed from   to F
Bene: has changed from TRUST to NAME NOT KNOWN
Occupation: has changed from   to HOME MAKER
Occupation: has changed from HOME MAKER to HOMEMAKER

*AMPLIFIED LIFE*

```
        Outcome: Complete with contact
         Source: Spouse
     Time Known:
           Name: SPIRA SIMON
          Phone:
          Title: HUSBAND
```

1. Have you lived at your present address for less than    Yes ___ No _X_
   3 years?

2. How long have you lived at your present address?
   34 YEARS

3. Have you been employed with your current
   employer for less than 3 years?

AGS00000098

SPIRA, DIANA                                                                LabOne # 53222585

4. How long have you been employed with your current employer?
   NA

5. Type of business?
   NA

6. Are you the owner/operator of the business?
   NA

7. What are your exact duties?
   HOMEMAKER ALL HER LIFE

8. DO NOT ASK: Are any of the duties hazardous?
   NO

9. Are you currently employed by or active in any other businesses/enterprises?              Yes ___ No _X_

10. What is your height?
    5' 5" OR 6"

11. What is your weight?
    125

12. Has your weight changed 10 lbs or more in the last year?                                 Yes ___ No _X_

13. Do you have a personal physician?                                                        Yes _X_ No ___

14. What is the name, address, city, state, zip and phone of your personal physician?
    DR. JAMES ISRAEL, 222 ROUTE 59, SUFFERN, NY.
    845-368-0338

15. What is the name, address, city, state, zip and phone of the last physician/clinic/hospital/HMO you visited?
    SAME AS ABOVE

16. When did you last see a physician?
    6 MONTHS AGO

17. Why did you last see a physician?
    THE DOCTOR DID A CARDIOGRAM

18. What were the results of your last physician visit?
    OK

19. Have you ever been treated for/diagnosed with diabetes, tumors, ulcers?                  Yes ___ No _X_

20. Have you ever been treated for/diagnosed with                                            Yes ___ No _X_

AGS00000099

SPIRA, DIANA                                                          LabOne # 53222585

21. Have you ever been treated for/diagnosed with high                Yes ___ No _X_
    blood pressure or conditions related to the
    heart/lungs?

22. Do you have any impairments?                                      Yes _X_ No ___

23. What type of impairment is it?
    HEARING LOSS

24. What is the degree of impairment?
    SLIGHT LOSS

25. What was the cause of the impairment?
    DUE TO AGE

26. What is the current treatment for the impairment?
    WEARS AN AID IN BOTH EARS. DOES NOT WEAR ALL
    THE TIME

27. Have you ever been hospitalized for 24 hours or                   Yes ___ No _X_
    more?

28. Have you ever received disability income                          Yes ___ No _X_
    payments?

29. Are you now taking medication or receiving                        Yes ___ No _X_
    treatment?

30. Do you currently take any herbs, vitamins, mineral                Yes _X_ No ___
    supplements or other non-prescription remedies?

31. What type of herbs, vitamins, mineral supplements
    or other non-prescription remedies are being taken?
    MULTI VITAMIN

32. What is the reason for taking the herbs, vitamins,
    mineral supplements or other non-prescription
    remedies?
    PERSONAL CHOICE

33. What dosage or how often are the herbs, vitamins,
    mineral supplements or other non-prescription
    remedies being taken?
    1 DAILY

34. Have you been treated for any other illness/injury                Yes ___ No _X_
    including emergency room visits?

35. Have you had any physical exam in the last 3                      Yes _X_ No ___
    years?

36. When did you last have a physical exam?
    2 MONTHS AGO

AGS00000100

SPIRA, DIANA                                                    LabOne # 53222585

37. What were the results of the physical exam?

38. What is the name, address, city, state, zip, and phone of the physician you saw?
    DR. ISRAEL, SEE ABOVE

39. Do you now use cigars, cigarettes, pipe, chew, or snuff?                                Yes ___ No _X_

40. Have you ever used tobacco in any form?                                                  Yes ___ No _X_

41. Do you drink alcohol?                                                                     Yes ___ No _X_

42. Have you ever used marijuana, cocaine or any other drugs?                                Yes ___ No _X_

43. Have you ever sought help or treatment for use of alcohol or drugs?                      Yes ___ No _X_

44. Have you had any moving violations in the last 3 years?
    NA

45. Have you been charged with DUI/DWI in the last 5 years?
    NA

46. Have you had any traffic accidents in the last 3 years?
    NA

47. Has your license been suspended or revoked in the last 5 years?
    NA

48. Have you ever been arrested AND convicted?                                               Yes ___ No _X_

49. How many dependents?
    0

50. Are you active in any associations or organizations?                                     Yes ___ No _X_

51. Do you participate in any sports or exercise program?                                    Yes _X_ No ___

52. What type of sports or exercise program do you participate in?
    EXERCISE

53. How often do you participate?
    GETS EXERCISE DAILY AROUND THE HOME

54. Do you own or operate a motorcycle, all terrain                                          Yes ___ No _X_

AGS00000101

SPIRA, DIANA                                             LabOne # 53222585
-----------------------------------------------------------------------------

        or high performance automobile?

55. ... ever flown as a pilot?                           Yes ___ No _X_

56. Do you plan on taking flying lessons?                Yes ___ No _X_

57. Have you ever participated in any sports such as     Yes ___ No _X_
    racing, skin diving, scuba diving, sky diving, hang
    gliding, mountain climbing, parachuting?

58. Do you plan on participating in this type of sports? Yes ___ No _X_

59. Have you declared bankruptcy in the last 7 years?    Yes ___ No _X_

60. Have you ever had any suits, judgments or liens      Yes ___ No _X_
    against you?

61. Is your spouse employed?                             Yes ___ No _X_

62. What is the purpose of this insurance?
    FOR THE CHILDREN

63. Is there any other insurance applied for or in force? Yes _X_ No ___

64. What is the name of the insurance company applied
    for or in force?
    IN FORCE $100,000 WITH NEW YORK LIFE. THINKS IT IS
    THE RIGHT AMOUNT

65. What is the amount of the policy applied for or in
    force?
    SEE ABOVE

66. Will this insurance replace any insurance in force?  Yes ___ No _X_

67. Have you ever had insurance refused, rated or
    cancelled?

68. Are you a USA citizen?                               Yes _X_ No ___

69. Special Attention
    APPLICANT DOES NOT HAVE A DRIVERS LICENSE./
    "OTHER UNEARNED IS SOCIAL SECURITY FOR BOTH
    SPOUSE AND APPLICANT"  DID NOT KNOW IF
    INSURANCE HAD EVER BEEN REFUSED OR RATED OR
    CANCELED. SAID TO ASK THE BROKER.

---

*INCOME & NET WORTH QUEST*

Outcome:   Complete with contact
Source:    Applicant

AGS00000102

```
SPIRA, DIANA                                                  LabOne # 53222585
-------------------------------------------------------------------------------
         12/12/05 5:42
Earned:    Salary                        0
  537186004905  Bonus                    0
              Commission                 0
              Other Earned               0
                  Total Earned Income          $0
Unearned: Dividends                   Declined
              Interest                Declined
              Net Rentals             Declined
              Other Unearned           19,200
                  Total Unearned Income        $19,200
                  Total Income                            $19,200
Assets:    Real Estate              1,000,000
           Car(s)                      12,000
           Stocks / Bonds            Declined
           Business Equity                 0
           Personals                  200,000
           Pensions                        0
           Cash in Bank              Declined
           Other Assets                    0
                  Total Assets                 $1,212,000
Liabilities: Mortgages                     0
             Car Loans                     0
             Secured Loans                 0
             Personal Notes                0
             Accounts Payable              0
             Other Liabilities             0
                  Total Liabilities            $0
                  Net Worth                               $1,212,000
```

---

### *FOREIGN TRAVEL QUESTIONNAIRE*

| | |
|---|---|
| Outcome: | Complete with contact |
| Source: | Spouse |
| Time Known: | |
| Name: | SPIRA SIMON |
| Phone: | |
| Title: | HUSBAND |

1. Have you traveled outside of the USA or Canada in the last 3 years?    Yes ___ No _X_

2. Do you have any plans to travel outside the USA or Canada?    Yes ___ No _X_

3. Special Attention

---

### *Credit Report Summary*

Outcome: Complete with contact

AGS00000103